Anthony J. Sylvester, Esq. (AS-0372)
Jordan D. Weinreich, Esq. (JW-7640)
SHERMAN WELLS SYLVESTER & STAMELMAN LLP
54 W. 40th Street, 11th Floor
New York, New York 10018
asylvester@shermanwells.com
jweinreich@shermanwells.com
212-763-6464

*Attorneys for Defendants*
*Luxoft Holding, Inc. and Luxoft USA, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAIK LANKAU,<br><br>        Plaintiff,<br><br>   v.<br><br>LUXOFT HOLDING, INC. and LUXOFT USA, INC.,<br><br>        Defendants. | Case No.: 16-cv-08690-RWS<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**Hon. Robert W. Sweet, U.S.D.J.**<br><br>**Hearing Date:**<br>February 9, 2017 at 12:00 p.m. |

**TO:** Robert Cohen, Esq.
   TAYLOR & COHEN LLP
   40 Worth Street, 10th Floor
   New York, New York 10013
   *Attorneys for Plaintiff Maik Lankau*

   **PLEASE TAKE NOTICE** that, on February 9, 2017 at 12:00 p.m. or as soon thereafter as the Court may permit, Defendants Luxoft Holding, Inc. and Luxoft USA, Inc. (collectively, "Defendants"), by and through their attorneys, Sherman Wells Sylvester & Stamelman LLP, shall move before the Honorable Robert W. Sweet, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse 500 Pearl Street, Courtroom 18C, New York, New York, for an Order granting Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and dismissing Plaintiff's Complaint against Defendants with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of said motion Defendants will rely upon the Memorandum of Law and Certification of Jordan D. Weinreich, Esq. submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument will be held on Defendants' Motion in accordance with Rule 2(F) of the Individual Practices of the Hon. Robert W. Sweet, U.S.D.J.

DATED: January 9, 2017

SHERMAN WELLS SYLVESTER & STAMELMAN LLP

By:     */s/ Jordan D. Weinreich*

Anthony J. Sylvester, Esq. (AS-0372)
Jordan D. Weinreich, Esq. (JW-7640)
54 W. 40th Street, 11th Floor
New York, New York 10018
asylvester@shermanwells.com
jweinreich@shermanwells.com
212-763-6464

*Attorneys for Defendants*
*Luxoft Holding, Inc. and Luxoft USA, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that on January 9, 2017, a copy of the Notice of Motion and supporting papers were served by ECF on all counsel of record.

DATED: January 9, 2017

SHERMAN WELLS SYLVESTER & STAMELMAN LLP

By:     */s/ Jordan D. Weinreich*

Anthony J. Sylvester, Esq. (AS-0372)
Jordan D. Weinreich, Esq. (JW-7640)
54 W. 40th Street, 11th Floor
New York, New York 10018
asylvester@shermanwells.com
jweinreich@shermanwells.com
212-763-6464

*Attorneys for Defendants*
*Luxoft Holding, Inc. and Luxoft USA, Inc.*

4812-9127-9936, v. 1